## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NKUMA UCHE, | ) | CASE NO. 4:09CV3106 |
| Plaintiff, | ) | |
| v. | ) | |
| NORTH STAR CAPITAL ACQUSITION, LLC, KIRK E. BRUMBAUGH, MARK QUANDAHL, KARL VON OLDENBERG, SARA MILLER, and CORY ROONEY, | ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |
| NKUMA UCHE, | ) | CASE NO. 4:09CV3123 |
| Plaintiff, | ) | |
| v. | ) | |
| BRUMBAUGH & QUANDAHL, P.C., | ) | |
| Defendant. | ) | |

These matters are before the court on Defendants' Motions for Order Extending Deadlines and to Quash Notice of Deposition. (Case No. 4:09CV3123, Filing No. 58; Case No. 4:09CV3106, Filing No. 125.) In these Motions, Defendants seek additional time in which to complete the depositions of Defendants due to the scheduling conflicts of their attorneys. For good cause shown, the Motions are granted.

Also pending before the court are three Motions for Leave to File Amended Complaint, filed by Plaintiff in both cases. (Case No. 4:09CV3123, Filing Nos. 37, 40, and 44; Case No. 4:09CV3106, Filing Nos. 102, 105, and 109.) As required by the court's Local Rules, "[a] party who moves for leave to amend a pleading . . . must file as an

attachment to the motion an unsigned copy of the proposed amended pleading that clearly identifies the proposed amendments." NECivR 15.1(a). Plaintiff has failed to do so, and the court is unable to determine what amendments Plaintiff seeks to make to his Complaint. The Motions are therefore denied.

    IT IS THEREFORE ORDERED that:

1. Defendants' Motions for Order Extending Deadlines and to Quash Notice of Deposition (Case No. 4:09CV3123, Filing No. 58; Case No. 4:09CV3106, Filing No. 125) are granted;

2. All depositions of Defendants, whether or not they are intended to be used at trial, shall be completed by **June 14, 2010.** All dispositive motions shall be filed on or before **July 12, 2010.** The parties must comply with the provisions of NECivR 7.0.1 and NECivR 56.1 when filing summary judgment motions;

3. The remaining dates contained in the progression order are unchanged; and

4. Plaintiff's Motions for Leave to File Amended Complaint (Case No. 4:09CV3123, Filing Nos. 37, 40, and 44; Case No. 4:09CV3106, Filing Nos. 102, 105, and 109) are denied.

DATED this 4th day of May, 2010.

                              BY THE COURT:

                              s/Laurie Smith Camp
                              United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.