IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NKUMA UCHE, | ) | CASE NO. 4:09CV3106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH STAR CAPITAL | ) | MEMORANDUM |
| ACQUSITION, LLC, KIRK E. | ) | AND ORDER |
| BRUMBAUGH, MARK QUANDAHL, | ) | |
| KARL VON OLDENBERG, SARA | ) | |
| MILLER, and CORY ROONEY, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NKUMA UCHE, | ) | CASE NO. 4:09CV3123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRUMBAUGH & QUANDAHL, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

These matters are before the court on various Motions filed by the parties relating to the Final Pretrial Conference and the preparation of the proposed order on Final Pretrial Conference.  (Case No. 4:09CV3123, Filing Nos. 107, 108, 110, 120, and 123; Case No. 4:09CV3106, Filing Nos. 180, 181, 183, 193, and 196.)  In these Motions, Defendants seek to continue the Final Pretrial Conference and all dates relating to the preparation of the proposed order on Final Pretrial Conference.  Plaintiff objects to these requests.

Plaintiff and Defendants have filed Motions for Summary Judgment.  Those Motions are pending before the court, along with other Motions relating to the Motions for Summary Judgment.  The court recently granted Plaintiff's requests to extend the time to submit

additional support for his Motion for Summary Judgment. In light of this, and for good cause shown, the Final Pretrial Conference and all related dates are cancelled until the court resolves the pending dispositive Motions.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Continue Final Pretrial Conference (Case No. 4:09CV3123, Filing No. 110; Case No. 4:09CV3106, Filing No. 183) and Motion to Extend (Case No. 4:09CV3123, Filing No. 123; Case No. 4:09CV3106, Filing No. 196) are granted;

2. Plaintiff's Motion for Contempt and Objection and Defendants' Objection (Case No. 4:09CV3123, Filing Nos. 107, 108, and 120; Case No. 4:09CV3106, Filing Nos. 180, 181, and 193) are denied;

3. The Final Pretrial Conference, scheduled for September 30, 2010, at 10:00 a.m., is cancelled. All related dates for preparation of the proposed order on Final Pretrial Conference are also cancelled. If necessary, the court will set a new date for the Final Pretrial Conference after resolving the pending Motions for Summary Judgment; and

4. The Clerk of the court is directed to send a copy of this Memorandum and Order to Magistrate Judge Zwart.

DATED this 15th day of September, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2